IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50942
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES LEBRON CHAMPION,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-96-CR-10-3
- - - - - - - - - - -
March 2, 1998
Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

James Lebron Champion appeals from the district court's order denying release pending his trial on charges including attempted murder for hire, 18 U.S.C. §§ 1512(a)(1)(C), 1513(a)(1)(B), and 1958, and use of intimidation to prevent communication of information to law enforcement officers, 18 U.S.C. § 1512(b)(3). Given the serious nature of the numerous charges facing him and the quality and nature of his overseas ties, Champion has not shown that the district court was clearly

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

erroneous in its factfinding or abused its discretion in ordering

him detained pending trial.  See United States v. Rueben, 974

F.2d 580, 586 (5th Cir. 1992).  The detention order is AFFIRMED.